STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11257 AND FILED ON 12/14/2007

FLORA GUGLIELMO

Vs.

MAMARONECK UNION FREE SCHOOL DISTRICT, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 3:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: MAMARONECK UNION FREE SCHOOL DISTRICT (herein called recipient) therein named.

At Location: 1000 WEST BOSTON POST ROAD
MAMARONECK NY

By delivering to and leaving with BEA CERASOLI and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair WHITE
Age 55/60   Height 5'7"
Weight 135   Other Features GLASSES

Sworn to before me on 1/8/2008

John Axelrod
Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11257    AND FILED ON    12/14/2007

FLORA GUGLIELMO                                             Plaintiff(s)/Petitioner(s)

Vs.

MAMARONECK UNION FREE SCHOOL DISTRICT, ET AL.               Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __1/7/2008__ at __3:05PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: BOARD OF EDUCATION OF THE MAMARONECK UNION                    (herein called recipient)
                                                                              therein named.
At Location: FREE SCHOOL DISTRICT
             1000 WEST BOSTON POST ROAD
             MAMARONECK NY

By delivering to and leaving with __BEA CERASOLI__ and that deponent knew the person

so served to be the __DISTRICT CLERK__

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex| FM        Color of Skin| WH        Color of Hair| WHITE
Age| 55/60     Height| 5'7"
Weight| 135                 Other Features| GLASSES

Sworn to before me on __1/8/2008__

                                        John Axelrod
                                        Server's License#:

2010