STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.11257    AND FILED ON    12/14/2007

FLORA GUGLIELMO    Plaintiff(s)/Petitioner(s)

Vs.

MAMARONECK UNION FREE SCHOOL DISTRICT, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 3:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: MAMARONECK UNION FREE SCHOOL DISTRICT    (herein called recipient) therein named.

At Location: 1000 WEST BOSTON POST ROAD
MAMARONECK NY

By delivering to and leaving with BEA CERASOLI and that deponent knew the person

so served to be the DISTRICT CLERK

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair WHITE
Age 55/60    Height 5'7"
Weight 135    Other Features GLASSES

Sworn to before me on 1/8/2008

_____    _____
                                 John Axelrod
                                 Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.11257   AND FILED ON   12/14/2007

FLORA GUGLIELMO

Vs.

MAMARONECK UNION FREE SCHOOL DISTRICT, ET AL.

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 1/7/2008 at 3:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: BOARD OF EDUCATION OF THE MAMARONECK UNION   (herein called recipient) therein named.
At Location: FREE SCHOOL DISTRICT
1000 WEST BOSTON POST ROAD
MAMARONECK NY

By delivering to and leaving with BEA CERASOLI and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair WHITE
Age 55/60   Height 5'7"
Weight 135   Other Features GLASSES

Sworn to before me on 1/8/2008

John Axelrod
Server's License#:

20/0