UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

FLORA GUGLIELMO,

                     Plaintiff,

   -against-

MAMARONECK UNION FREE SCHOOL
DISTRICT, New York, and the BOARD OF
EDUCATION OF THE MAMARONECK
UNION FREE SCHOOL DISTRICT, New
York,

                     Defendants.
----------------------------------------------------------x

07 Civ 11257 (CLB)

**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

    Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Flora Guglielmo in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                     Kim Berg (KB 1425)
                     Lovett & Gould, LLP
                     222 Bloomingdale Road
                     White Plains, New York 10605
                     (914) 428-8401
                     FAX: (914)) 428-8916
                     E-mail: kberg@lovett-gould.com

                     Respectfully submitted,

                     LOVETT & GOULD, LLP
                     222 Bloomingdale Road, Suite 304
                     White Plains, New York 10605
                     (914) 428-8401

       By: _____
                Kim Berg (KB1425)

Dated: January 30, 2008
       White Plains, New York