

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY** LLP

NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

January 28, 2008

MEMO ENDORSED

*Application Granted —
Conference now scheduled
on 9:30 AM on 2/15/08
to [illegible]
Jan 30, 2008   Charles L. Brieant
                USDJ.*

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

Re:   Guglielmo v. Mamaroneck Union Free School District, et al.
      Civil Action No. 07-cv-11257 (CLB)(MDF)

Dear Judge Brieant:

This firm represents the defendants in the captioned matter. The parties were recently advised that the court has scheduled a Case Management conference for February 8, 2008 at 9:00 a.m. As we have recently been retained with respect to this matter, we respectfully request that this conference be adjourned to February 15, 2008 at 9:00 a.m. We also request that defendants' time to appear, answer or otherwise respond to the complaint be extended to February 15, 2008. It is our understanding that today is the original answer date. We have spoken with plaintiff's counsel, who has consented to these adjournments.

Thank you for your consideration of the foregoing.

Sincerely,

Jonathan R. Harwood

JRH/

cc:   Kim Berg, Esq. (via facsimile)