UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. January 2006

------------------------------------------------------------x  
FLORA GUGLIELMO,

        Plaintiff(s),

 - against -

MAMARONECK UNION FREE SCHOOL DISTRICT, NEW YORK, and the BOARD OF EDUCATION of the MAMARONECK UNION FREE SCHOOL DISTRICT, NEW YORK,

        Defendant(s).  
------------------------------------------------------------x

CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

07 Civ. 11257 (CLB) (MDF)

  This Court requires that this case shall be <u>ready for trial</u> on or after September 5, 2008.

  The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case (is) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by   June 20, 2008  .

Amended pleadings may be filed until   June 20, 2008  .

**Discovery:**

1. Interrogatories are to be served by all counsel no later than   March 14, 2008  , and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall) ~~(shall not)~~ apply to this case.

2. First request for production of documents, if any, to be served no later than   March 14, 2008  .

3. Depositions to be completed by   August 15, 2008  .

  a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.  
  b. Depositions shall proceed concurrently.  
  c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.  
  d. If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity.

Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than __July 11, 2008__.

5. Requests to Admit, if any to be served no later than __July 11, 2008__.

6. Additional provisions relating to discovery agreed upon by counsel for the parties ~~(are)~~ (are not) attached and made a part hereof.

7. All discovery is to be complete by __August 15, 2008__.

Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

Next Case Management Conference __September 12, 2008__
(This date will be set by the Court at the first conference)

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. Mark D. Fox, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

SO ORDERED.

Dated: White Plains, New York
February 15, 2008

_____
Charles L. Brieant, U.S.D.J.

# Santangelo Randazzo & Mangone LLP

Attorneys and Counselors at Law
151 Broadway
Hawthorne, New York 10532
Telephone: (914) 741-2929
Facsimile: (914) 741-2920
Email: SSR@SSRlegal.com

Michael G. Santangelo
James A. Randazzo
Anthony J. Mangone

Mark C. Fang, Of Counsel

February 14, 2008

**VIA FAX: 914-390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Sinkov v. County of Putnam, et al
07 Civ. 2866 (CLB)

Dear Judge Brieant:

Please allow this correspondence to confirm that the conference in the above referenced matter scheduled for February 15, 2008 has been adjourned to February 29, 2008 at 9:00 a.m.

Very truly yours,

SANTANGELO RANDAZZO & MANGONE LLP

By: James A. Randazzo

JAR:gw
cc: Kim Berg, Esq. (Via Fax: 914-428-8916)
    Adam I. Kleinberg, Esq. (Via Fax: 516-741-9060)
    Timothy Coon, Esq. (Via Fax: 914-323-7001)

# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

February 14, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Re: **Guglielmo v. Mamaroneck Union Free School District, et al.**  
  **07 Civ 11257 (CLB)**

Dear Judge Brieant:

As per my conversation with Mrs. Alice Cama earlier today, enclosed please find a proposed Civil Case Discovery Plan and Scheduling Order in the above referenced matter.

Defense counsel, Jonathan R. Harwood, consents to the dates contained in the proposed order and to entering into this plan without an initial pre-trial conference being conducted. The parties were originally scheduled to appear for an initial conference tomorrow morning.

If the dates in the proposed plan are acceptable, we respectfully request that Your Honor so-order the plan and fill in the portion for our next case management conference date.

Finally, on consent, Defendants' Answer will be served on or before February 22, 2008.

Respectfully submitted,

Kim Berg

KB:nb  
cc: Jonathan R. Harwood, Esq. (via facsimile w/ enclosure)