UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLORA GUGLIELMO,

                   Plaintiff,

                                                          07 CV 11257 (CLB)

    -against-

                                                          **NOTICE OF**

MAMARONECK UNION FREE SCHOOL DISTRICT,    **APPEARANCE**
New York, and the BOARD OF EDUCATION OF
THE MAMARONECK UNION FREE SCHOOL
DISTRICT, New York,

                   Defendants.

---

      Jonathan R. Harwood of Traub Lieberman Straus & Shrewsberry LLP appears in this action as counsel for defendants.

Dated: Hawthorne, New York
         February 29, 2008

                                           TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                                           By: _____
                                              Jonathan R. Harwood (JH 9060)

                                              Attorneys for Defendants
                                              Mid-Westchester Executive Park
                                              Seven Skyline Drive
                                              Hawthorne, New York 10532
                                              (914) 347-2600

To:   Kim Patricia Berg, Esq.
       Lovett & Gould, LLP
       222 Bloomingdale Road
       White Plains, New York 10605